# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13CR1175-H |
|---|---|---|
| Plaintiff, | ) | Booking No. 38270-298 |
| v. | ) | |
| JESUS ERNESTO SILVA-MURGUIA (1), | ) | JUDGMENT AND ORDER OF DISMISSAL |
| Defendant. | ) | |

Based upon the motion of the United States (Doc. No. 27), the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Jesus Ernesto Silva-Murguia. The defendant is hereby discharged as to this case only and the bench warrant issued by Magistrate Judge Peter C. Lewis on February 12, 2013 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 22, 2020

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-